**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

SARAH O. WANG                6649-0
swang@marrjones.com
ANDREA LUX MIYASHITA   10892-0
amiyashita@marrjones.com
1164 Bishop Street, Suite 800
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700

Attorneys for Defendant
EAST HAWAII MEDICAL GROUP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ADRIANNE HAACK,<br><br>           Plaintiff,<br><br>     vs.<br><br>EAST HAWAII MEDICAL GROUP, HAWAII HEALTH SYSTEMS CORPORATION, HILO MEDICAL CENTER,<br><br>           Defendant. | CIVIL NO. 22-00419 SASP-RT<br><br>CERTIFICATE OF SERVICE<br><br>[RE: DEFENDANT EAST HAWAII MEDICAL GROUP'S OFFER OF JUDGEMENT TO PLAINTIFF ADRIANNE HAACK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68]<br><br><br>Trial: July 15, 2025<br>Judge: Honorable Shanlyn A.S. Park |

**CERTIFICATE OF SERVICE**

1634565.2

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of DEFENDANT EAST HAWAII MEDICAL GROUP'S OFFER OF JUDGEMENT TO PLAINTIFF ADRIANNE HAACK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 was served on the following at their last known addresses:

*Served by First-Class Mail on March 3, 2025:*

CHARLES H. BROWER, ESQ.
900 Fort Street, Suite 1210
Honolulu, HI  96813

MICHAEL P. HEALY, ESQ.
1188 Bishop Street, Suite 3304
Honolulu, HI  96813

Attorneys for Plaintiff
ADRIANNE HAACK

The undersigned further certifies that a true and correct copy of this CERTIFICATE OF SERVICE [RE:  DEFENDANT EAST HAWAII MEDICAL GROUP'S OFFER OF JUDGEMENT TO PLAINTIFF ADRIANNE HAACK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68] was duly served upon the following:

*Served Electronically through CM/ECF on March 3, 2025:*

| | |
|---|---|
| CHARLES H. BROWER | *honolululaw808@gmail.com* |
| MICHAEL P. HEALY | *honolululawyer@outlook.com* |

Attorneys for Plaintiff
ADRIANNE HAACK

1634565.2

DATED: Honolulu, Hawaiʻi, March 3, 2025.

/s/ *Andrea Lux Miyashita*
SARAH O. WANG
ANDREA LUX MIYASHITA

Attorneys for Defendant
EAST HAWAII MEDICAL GROUP

3

1634565.2