**MARR JONES & WANG**
A Limited Liability Law Partnership

SARAH O. WANG                     6649-0
swang@marrjones.com
ANDREA LUX MIYASHITA   10892-0
amiyashita@marrjones.com
1164 Bishop Street, Suite 800
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700

Attorneys for Defendant
EAST HAWAII MEDICAL GROUP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ADRIANNE HAACK,<br><br>              Plaintiff,<br><br>    vs.<br><br>EAST HAWAII MEDICAL GROUP; HAWAII HEALTH SYSTEMS CORPORATION, HILO MEDICAL CENTER,<br><br>              Defendant. | CIVIL NO. 22-00419 SASP-RT<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER<br><br><br><br>Judge: Honorable Shanlyn A.S. Park |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND ALL PARTIES AND ORDER**

IT IS HEREBY STIPULATED by and between Plaintiff Adrianne

Haack and Defendant East Hawaii Medical Group, through their respective

counsel, that all claims that have been or could have been brought in this action be and hereby are dismissed with prejudice, each party to bear her/its own attorneys' fees and costs.

This stipulation is based on Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action. There are no remaining claims or parties. The trial date and all pre-trial deadlines have been vacated.

DATED: Honolulu, Hawai‘i, January 15, 2026.

/s/ *Charles H. Brower*
MICHAEL P. HEALY
CHARLES H. BROWER

Attorneys for Plaintiff
ADRIANNE HAACK

/s/ *Andrea Lux Miyashita*
SARAH O. WANG
ANDREA LUX MIYASHITA

Attorneys for Defendant
EAST HAWAII MEDICAL GROUP

APPROVED AND SO ORDERED:
DATED: Honolulu, Hawai‘i, January 15, 2026.



Shanlyn A.S. Park
United States District Judge

*Adrianne Haack vs. East Hawaii Medical Group, et al*, Civil No. 22-cv-00419-SASP-RT; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER